DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JULIE ANN HUNSICKER,**
Appellant,

v.

**LTD PROPERTIES, LLC,**
Appellee.

No. 4D19-3968

[April 23, 2020]

Appeal of non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Janis Brustares Keyser, Judge; L.T. Case No. 502018CA014889.

Julie Ann Hunsicker, Loxahatchee, pro se.

James S. Werter of The Law Office of Paul A. Krasker, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and KLINGENSMITH, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***